# Notice Recipients

District/Off: 0207–1            User: admin                Date Created: 04/12/2022
Case: 1–22–40024–jmm            Form ID: 318DF7            Total: 16

**Recipients of Notice of Electronic Filing:**
tr     Alan Nisselson          anisselson@windelsmarx.com
aty    Rachel S. Blumenfeld    rblmnf@aol.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Gail Maria Benn          1219 Decatur Street       Brooklyn, NY 11207
smg         NYS Department of Taxation & Finance      Bankruptcy Unit     PO Box 5300     Albany, NY 12205
smg         NYC Department of Finance       345 Adams Street      Office of Legal Affairs    Brooklyn, NY 11201–3719
smg         NYS Unemployment Insurance        Attn: Insolvency Unit     Bldg. #12, Room 256      Albany, NY 12240
smg         Office of the United States Trustee     Eastern District of NY (Brooklyn Office)     U.S. Federal Office Building      201 Varick Street, Suite 1006      New York, NY 10014
10037268    Capital One      Attn: Bankruptcy      Po Box 30285       Salt Lake City, UT 84130
10037269    Capital One      Attn: Bankruptcy      Po Box 30285       Salt Lake City, UT 84130
10037270    Capital One      Attn: Bankruptcy      Po Box 30285       Salt Lake City, UT 84130
10037271    Cbna       Attn: Centralized BankruptcyDept       Po Box 790034      St Louis, MO 63179
10037272    Comenity Bank/Victoria Secret      Attn: Bankruptcy      Po Box 182125      Columbus, OH 43218
10037273    Macys/fdsb      Attn: Bankruptcy      9111 Duke Boulevard      Mason, OH 45040
10037274    Nordstrom FSB       Attn: Bankruptcy      Po Box 6555      Englewood, CO 80155
10038818    Stern & Eisenberg, PC       1581 Main Street, Suite 200      The Shops at Valley Square      Warrington, PA 18976
10037275    Wells Fargo Bank NA        1 Home Campus Mac X2303–01a       3rd Floor       Des Moines, IA 50328

TOTAL: 14